UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ELIZABETH BRUNSTAD, individually, et al.　　　　　　Court File No. 14-cv-255

　　Plaintiffs,

v.

MEDTRONIC, INC., et al.,

　　Defendants.

## ORDER APPOINTING INTERNATIONAL PROCESS SERVER AND EXTENDING TIME TO FILE PROOF OF SERVICE

　　Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

　　In addition, Plaintiffs shall have an extension of 150 days to file a Proof of Service as to defendants Unomedical Devises S.A. de C.V. and Unomedical A/S.

IT IS SO ORDERED this ___13th___ day of __JUNE__, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE

1