# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ELIZABETH BRUNSTAD, individually and as PERSONAL REPRESENTATIVE OF THE ESTATE OF JOHN BRUNSTAD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC, INC., et al., <br><br> Defendants. | Court File No.: 3:14-cv-00255-jdp |

**FILED UNDER SEAL PURSUANT TO DOCKET NOS. 49 AND 50**

**CONFIDENTIAL**

**THE CONTENTS OF THIS PDF ARE SUBJECT TO A PROTECTIVE ORDER OF THIS COURT AND SHALL NOT BE SHOWN TO ANY PERSONS OTHER THAN A JUDGE OF THIS COURT OR AN ATTORNEY IN THIS CASE**

**DECLARATION OF MICHAEL R. WALLACE**
**EXHIBIT A – PUMP INVOICE**

**FILED IN SUPPORT OF DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC MINIMED, INC.'S MOTION FOR SUMMARY JUDGMENT**